UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**                                      Case No. 10-cr-135-PB

**Chanlatte (Gary Woodward), et al.**

**O R D E R**

    Defendant, Gary Woodward, has moved through counsel to continue the trial scheduled for January 4, 2011 for a period of 90 days, citing the need for additional time to engage in plea negotiations or prepare a defense.  The government and co-defendants do not object to a continuance of the trial date.

    Accordingly, for the above reasons, the court will continue the trial from January 4, 2011 to April 5, 2011.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The December 21, 2010 final pretrial conference is continued to March 21, 2011 at 3:30 p.m.  No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

December 15, 2010

cc:   Theodore M. Lothstein, Esq.
      Glenn G. Geiger, Esq.
      Harry N. Starbranch, Jr., Esq.
      Richard N. Foley, Esq.
      Tony F. Soltani, Esq.
      Jennifer C. Davis, AUSA
      United States Probation
      United States Marshal